## CRIMINAL MINUTE ENTRY

**DOCKET NUMBER:**   12 CR 0760 (SJ)

**Date Received By Docket Clerk:**_____    **Docket Clerk Initials:**_____

**BEFORE JUDGE:** JOHNSON          **DATE:**      12/18/2012        **TIME: 9:30 A.M.**

**CRIMINAL CAUSE FOR PLEADING**      TIME IN COURT___HRS_40__MINS

**DEFENDANT'S NAME:** AMGEN, INC.      **DEFENDANTS #**_____

✔   Present      ❑   Not Present      ❑   Custody      ✔   Not Custody

**DEFENSE COUNSEL:** David Scott, David Rosenbloom, Erik Korngold
✔   Present      ❑   Not Present      ❑   Federal Defender      ❑   CJA   ❑   Retained

**A.U.S.A.:** Winston Paes, Roger Burlingame, Marshal Miller ✔   **PROBATION OFFICER:**

**CASE MANAGER OR MAGISTRATE CLERICAL      ANA RODRIGUEZ**

**COURT REPORTER: OR ESR OPERATOR**   Lisa Schmid      **TAPE LOG**_____

**INTERPRETER :**              **LANGUAGE:**

**Select the Type of Hearing or Trial**      **CONTESTED** [ ]YES      [✔ ]NO
[✔]   PLEADING
**Select the action.**
[ ]Began      [✔ ]Held      [ ]Continued      [✔ ]Completed      [ ✔ ]Scheduled for

**UTILITIES**      [✔]~Util-Set/Reset Hearings

**Date:  12/18/2015   Time  9:30 a.m.**      **FOR   SENTENCING**
                                             **Type of Hearing**
**SHOULD THIS CALENDAR BE SEALED**      [ ]  YES      [✔]  NO

**Period of Excludable Delay/ Speedy Trial Start:**
**Period of Excludable Delay/ Speedy Trial Stop:**
**CODE TYPE: Please Circle**      XT- Interest of Justice

**Do these minutes contain ruling(s) on motion(s)?**      YES      NO

- Case called. After inquiring of defendant and the government, the Court finds the David Scott is an authorized representative of the organization Amgen, Inc and is authorized to enter into a plea, has a valid resolution entered as Court exhibit #1, and that the organization is able to pay a fine.
- Counsel David Scott, authorized agent acting on behalf of the organzation Amgen, Inc; sworn and advised of rights, pleads guilty to single count information.
- The Court accepts the plea and the defendant organization is adjudged guilty of count one.
- Sentencing set for 12/18/2012 @ 9:30 a.m.