UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

AMGEN INC.,

        Defendant.

- - - - - - - - - - - - - - - - - -X

<u>UNSEALING ORDER</u>

12 CR 760 (SJ)

       Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Winston M. Paes, for an order unsealing the docket and all documents in the above-captioned matter.

       WHEREFORE, it is ordered that the docket and all documents in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           December 19, 2012

/s/(SJ)

_____
THE HONORABLE STERLING JOHNSON, JR.
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK